OPINION — AG — PROPERTY SHALL BE ACCEPTED AS SECURITY IN MAKING A BAIL BOND; THAT SUCH PROPERTY SHALL BE ACCEPTED AT ITS FAIR MARKET VALUE, WHICH IS DEFINED AS BEING FOUR TIMES THE ASSESSED VALUATION OF THE PROPERTY, AND THAT A LICENSED PROPERTY BONDSMAN MAY WRITE BONDS UP TO FOUR TIMES THE MARKET VALUE OF THE PROPERTY. CITE: 59 O.S. 1965 Supp., 1324 [59-1324] (CHARLES OWENS)